IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JANE DOE, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CV3186 |
| | ) | |
| v. | ) | |
| | ) | |
| BOARD OF REGENTS OF THE | ) | JUDGMENT |
| UNIVERSITY OF NEBRASKA, and | ) | |
| ELIZABETH BIRNSTIHL, in her | ) | |
| Individual and official capacity, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

    IT IS ORDERED that judgment shall be entered against the Board of Regents of the University of Nebraska, on behalf of both defendants, in the total amount of $40,000, which sum shall include $10,000 for the payment of attorneys fees and costs.

    Dated November 18, 2009.

                              BY THE COURT

                              s/ Warren K. Urbom
                              United States Senior District Judge